# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-2733-R             **DATE: JUNE 2, 2009**

**TITLE: GUARDIAN MEDIA TECHNOLOGIES -V- APEX DIGITAL INC et al**

================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                   Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why Plaintiff should not be required to file separate lawsuits as to each individual unrelated defendant**

THIS MATTER IS SET ON CALENDAR FOR AN ORDER TO SHOW CAUSE ON JUNE 15, 2009 AT 11:00 A.M. AS TO WHY PLAINTIFF SHOULD NOT BE REQUIRED TO FILE SEPARATE LAWSUITS AS TO EACH INDIVIDUAL UNRELATED DEFENDANT.