# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-2733-R            **DATE:** NOV. 9, 2009

**TITLE:** GUARDIAN MEDIA TECHNOLOGY LTD -V- APEX DIGITAL INC
================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>  N/A  </u> |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                      Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

    THIS MATTER IS SET ON CALENDAR FOR HEARING ON NOV. 30, 2009 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT.

    PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

    cc: counsel of record

---

**MINUTES FORM II**                                        Initials of Deputy Clerk __WH___
**CIVIL - GEN**                            D-M